FILED BY ___ D.C.

05 AUG 23 AM 10:21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FILED BY

AUG - 1 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

CLERK OF THE COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
167 N. MAIN STREET
MEMPHIS, TN., 38103

RE:   USA  v.  OLIVO
      CASE NO. 2:97-CR-20124-01-MI

**MOTION DENIED**
The Court has reviewed the Transcript and defendant's request which [?]

/s/ J.P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Aug 22 2005
DATE

Dear Clerk,

On September 8, 2004, I was sentenced to 8 months for violating the terms of my supervised release by the Honorable Jon Phipps McCalla. Prior to that I had served a state sentence based on the same criminal conduct. Even though I do not have my sentencing transcript and cannot afford to purchase them, I specifically recall Judge McCalla saying that I should receive credit for the time I was in custody under this judgment.

The records department here at the prison refuse to give me credit for that time because it is not specifically stated in my Judgment and Committment Order. I now respectfully request that the Court issue an amended Judgment and Committment Order specifically stating that I be granted that back-time.

Thank you and I await your response.

Sincerely,

/s/ Ismael Olivo
ISMAEL OLIVO
REG. NO. 16001-076
FCC (LOW)
P.O. BOX 26020
BEAUMONT, TEXAS  77720-6020

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-23-05

(88)

```
  BMLHK   540*23  *           SENTENCE MONITORING          *   07-19-2005
PAGE 001          *           COMPUTATION DATA             *   11:11:15
                              AS OF 07-19-2005

REGNO..: 16001-076  NAME: OLIVO, ISMAEL

                                          DATE OF BIRTH: 04-06-1964
FBI NO............: 961255LA4
ARS1..............: BML/A-DES             QUARTERS.....: U03-044U
UNIT..............: UA                    NOTIFICATIONS: YES
DETAINERS.........: NO

PRE-RELEASE PREPARATION DATE: 12-26-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 01-18-2006 VIA FT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 020 -------------------------

COURT OF JURISDICTION...........: TENNESSEE, WESTERN DISTRICT
DOCKET NUMBER...................: 2:97CR20124-001
JUDGE...........................: MCCALLA
DATE SENTENCED/PROBATION IMPOSED: 12-12-1997
DATE SUPERVISION REVOKED........: 09-08-2004
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 06-09-2005
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                    FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:     $100.00         $00.00           $00.00       $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------

OFFENSE CODE....: 381
OFF/CHG: POSS OF APPROX 3 KILOS OF COCAINE W/INTENT TO DISTRIBUTE
         21 USC 841(A)(1)

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:      8 MONTHS
 DATE OF OFFENSE................: 06-08-1997




G0002         MORE PAGES TO FOLLOW . . .
```

```
BMLHK   540*23 *           SENTENCE MONITORING           *    07-19-2005
PAGE 002         *         COMPUTATION DATA              *    11:11:15
                           AS OF 07-19-2005

REGNO..: 16001-076 NAME: OLIVO, ISMAEL


------------------------CURRENT COMPUTATION NO: 020 ---------------------------


COMPUTATION 020 WAS LAST UPDATED ON 06-14-2005 AT BML AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 05-19-2005
TOTAL TERM IN EFFECT............:         8 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:         3 MONTHS
EARLIEST DATE OF OFFENSE........: 06-08-1997

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 01-18-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-18-2006


PROJECTED SATISFACTION DATE.....: 01-18-2006
PROJECTED SATISFACTION METHOD...: FT REL




G0002        MORE PAGES TO FOLLOW . . .
```

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:97-CR-20124 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ismael Olivo
FCI
16001-076
P.O. Box 26020
Beaumont, TX 77720--602

Honorable Jon McCalla
US DISTRICT COURT